UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et al., | Case No. 1:20-cv-00378 |
| Plaintiffs, | Magistrate Judge Bowman |
| vs. | |
| D.A.G. CONSTRUCTION CO, INC., | |
| Defendant. | |

**ORDER**

The Court having been advised by Magistrate Judge Litkovitz that this case has been successfully mediated and settled in the Court's presence;

It is ORDERED that this action is hereby DISMISSED without prejudice, provided that any of the parties may, upon good cause shown within 90 days, move to reopen the action if settlement is not consummated. Upon expiration of the 90-day period, the dismissal shall be with prejudice.

**SO ORDERED**.

      _s/Stephanie K. Bowman_
      Stephanie K. Bowman
      United States Magistrate Judge